## GENERAL COURT, OCT. TERM, 1804.

### COWARD *vs.* BOHUN.

*Though the practice of a court is not to require bail in an action on a bond with a collateral condition, yet if there be no rule of court to that effect, the defendant may be held to bail, if the plaintiff makes an affidavit for that purpose.*

DEBT upon an *appeal bond,* and an *affidavit* to hold to bail.

*M'Mechen* moved the court to permit him to appear for the defendant, *without bail.*

CHASE, Ch. J. There is no rule of this court that the defendant may appear without bail in an action on a bond with a collateral condition; the practice is so. But here is an affidavit. Bail must be given.